# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-763-MOC-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) ) | |
| CINERGY ENTERTAINMENT GROUP, INC., ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Naidaisha Gaston's "...Motion To Intervene" (Document No. 5) filed August 23, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

The Complaint was filed by Plaintiff to "correct unlawful employment practices on the basis of retaliation and to provide appropriate relief to Naidaisha Gaston ("Ms. Gaston"), who was adversely affected by such practices." (Document No. 1, p. 1). By the instant motion, "Ms. Gaston seeks to intervene as a matter of right in this lawsuit in order to protect her individual interests, which may be different from the remedies sought from the EEOC." (Document No. 5, p. 2). Ms. Gaston asserts that the motion to intervene is timely and consented to by Plaintiff. (Document No. 5, p. 3).

**IT IS, THEREFORE, ORDERED** that Naidaisha Gaston's "...Motion To Intervene" (Document No. 5) is **GRANTED**. Naidaisha Gaston may file her proposed "...Complaint In Intervention" (Document No. 5-2) on or before **August 30, 2024**. [1]

**SO ORDERED**.

Signed: August 26, 2024

David C. Keesler
United States Magistrate Judge

---

[1] The "Administrative Procedures Governing Filing and Service by Electronic Means," revised January 1, 2018, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."