IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> and <br><br> NAIDAISHA GASTON, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> CINERGY ENTERTAINMENT GROUP, INC., <br><br> Defendant. | Civil Action No. 3:24-CV-00763 <br><br> **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |

Plaintiff Equal Employment Opportunity Commission ("EEOC"), Defendant Cinergy Entertainment Group, Inc., and Intervenor Naidaisha Gaston, (collectively, "Parties") move the Court to approve and enter the proposed Consent Decree attached as Exhibit 1 as the final judgment resolving this action. In support of this Motion, the Parties state:

1. The Parties have negotiated, resolved, and settled all matters at issue in this litigation, as evidenced by their signature on the proposed Consent Decree, which is attached as Exhibit 1.

2. The Parties believe the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The Consent Decree conforms to the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of this Consent Decree will further the objectives of Title VII and will be in the

best interests of the Parties and the public.

5. By entering into this Consent Decree, Cinergy Entertainment Group, Inc. does not admit any fault or violation of the law. Cinergy Entertainment Group, Inc. expressly denies any violation of the law.

WHEREFORE, the Parties respectfully request this Court approve and enter the Consent Decree and retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein.

This the 16th day of October, 2024.

Respectfully submitted,

COUNSEL FOR PLAINTIFF

*/s/ Nicholas R. Wolfmeyer*
NICHOLAS R. WOLFMEYER
Senior Trial Attorney
FL State Bar No. 127218
EEOC, Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, N.C. 28202
Telephone: (704) 909-5623
Facsimile: (704) 954-6412
Email: Nicholas.wolfmeyer@eeoc.gov

*/s/ Emily J.C. Maloney*
EMILY J.C. MALONEY
Senior Trial Attorney
NC State Bar No. 52820
EEOC, Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, N.C. 28202
Telephone: (980) 296-1252
Facsimile: (704) 954-6412
Email: emily.maloney@eeoc.gov

COUNSEL FOR DEFENDANT

*/s/ Steven A. Rowe*
STEVEN A. ROWE
NC State Bar No. 16031
Poyner Spruill LLP
1151 Falls Road, Suite 1000
Rocky Mount, NC 27804
Telephone: (252) 972-7108
Facsimile: (919) 783-1075
Email: srowe@poynerspruill.com

COUNSEL FOR INTERVENOR-PLAINTIFF

*/s/ M. Anthony Burts II*
M. ANTHONY BURTS II
N.C. State Bar No. 49878
2520 Sardis Road North, Suite 234
Charlotte, NC 28227
Telephone: (704) 751-0455
Email: Anthony@burtslaw.com